ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS, INC. | ) | Case No. 07-743 C |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | |

FILED
OCT 24 2007
U.S. COURT OF FEDERAL CLAIMS

**CERTIFICATION PURSUANT TO RULE 7.1**

Advanced Technology Systems, Inc. ("ATS"), a Virginia corporation, hereby certifies pursuant to Rule 7.1(a) of the United States Court of Federal Claims that ATS is wholly owned by ATS Corporation, a publicly-traded Delaware corporation.

Dated: October 24, 2007

Respectfully submitted,

Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22101
Tel.: (703)749-1311
Fax: (703)714-8308

OF COUNSEL:
John G. Stafford
David T. Hickey
Sean M. Connolly

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be delivered by facsimile on this 24th day of October 2007, copies of the *Complaint, Memorandum in Support of Plaintiffs Application for a Temporary Restraining Order and Preliminary Injunction, Plaintiff's Motion for a Preliminary Injunction, Plaintiff's Application for a Temporary Restraining Order, Proposed Temporary Restraining Order, Proposed Order Granting Preliminary Injunction,* thereto, on the following counsel:

Clerk's Office
Department of Justice
Commercial Litigation Branch
Civil Division
8th Floor
1100 L Street, Northwest
Washington, D.C. 20530
Tel.: (202) 353-1555
Fax.: (202) 305-3138

Jeffrey C. Mohardt, Esq.
U.S. Department of Education
400 Maryland Ave., S.W.
Washington, D.C. 20202
Tel.: (202) 401-6700
Fax: (202) 401-9528
Counsel for U.S. Department of Education

William L. Walsh, Jr., Esq.
J. Scott Hommer, III
Venable, LLP
8010 Towers Crescent Dr., Suite 300
Vienna, VA 22182
Tel.: (703) 760-1600
Fax: (703) 821-8949
Counsel Perot Systems Government Services, Inc.

Richard L. Moorhouse