IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-743C |
| v. | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Pursuant to RCFC 83, kindly enter the appearance of Scott Slater as attorney of record for the United States in this matter. Service of all papers by opposing parties should be addressed as follows:

Scott Slater
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: October 25, 2007

s/Scott Slater
Scott Slater
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0467
Telecopy: (202) 514-8624

CERTIFICATE OF FILING

I hereby certify that on this 25th day of October 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater