IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-0743C |
| | ) | |
| v. | ) | Judge Bush |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests that this Court enter the accompanying proposed protective order prohibiting the disclosure of confidential source selection matters, sensitive plans or specifications, and other proprietary information in accordance with the terms and conditions set forth in the proposed order. The proposed protective order is identical to the Court's sample Form 8, appropriately captioned. Plaintiff, Advanced Technology Systems, Inc., and Interventor, Perot Systems Government Services, Inc. ("Perot"), both consent to this motion.

This case involves competitive procurement matters and includes proprietary and confidential pricing information, and other sensitive procurement information. Because defendant's administrative record contains protected material necessary to safeguard the competitive process, we request that all filings disclosing protected materials be under seal in this case.

For the foregoing reasons, defendant respectfully requests that the Court issue the attached proposed protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Scott Slater
SCOTT SLATER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-0467
Fax: (202) 514-8624

October 26, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 26, 2007 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott Slater