IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| ADVANCED TECHNOLOGY SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>PEROT SYSTEMS GOVERNMENT SERVICES, INC.<br><br>Intervenor. | ) | No. 07-743C<br>(Judge L. Bush) |

DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order dated October 26, 2007, defendant provides notice that it is filing the administrative record regarding plaintiff's protest.

The administrative record is contained on one CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

Additionally, defendant is providing two paper copies of the administrative record to the judge's chambers pursuant to the Court's October 26, 2007 order. Defendant also is serving the administrative record in electronic and paper (courtesy copy) format upon plaintiff and intervenor. The paper copies of the administrative record consist of one volume.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Scott Slater
SCOTT SLATER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-0467
Fax: (202) 514-8624

October 29, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I caused to be served a copy of the foregoing "Defendant's Notice of Filing of Administrative Record," as well as copies of the administrative record, consisting of one CD-ROM and one paper copy each, addressed and delivered via Federal Express Overnight delivery as follows:

Richard L. Moorhouse, Esq.
GREENBERG TRAURIG, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22101

J. Scott Hommer, III, Esq.
VENABLE, LLP
8010 Towers Crescent Dr.
Suite 300
Vienna, VA 22182

s/ Scott Slater